# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Christine Lane,

        Debtor.

Case No. 23-10354-mdc

Chapter 13

### Praecipe to Relist

To the Clerk of Court:

Please relist the Debtor's Motion for Sanctions for Violation of the Automatic Stay by CKS Prime Investments LLC for a hearing on Tuesday, May 16, 2023, at 10:30 a.m. before Chief U.S. Bankruptcy Judge Magdeline D. Coleman.

Date: April 21, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com