**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-10354-mdc |
| Christine Lane, | Chapter 13 |
| Debtor. | Related to ECF No. 19 |

**Stipulation of Settlement to Debtor's Motion for Sanctions for**
**Violation of the Automatic Stay by Creditor CKS Prime Investments LLC**

**AND NOW**, on this 30th day of March 2023, Debtor Christine Lane and Creditor CKS Prime Investments LLC, by and through their undersigned attorneys, state as follows:

**WHEREAS**, the Debtor filed a Motion for Sanctions for Violation of the Automatic Stay on March 12, 2023, ECF No. 19, alleging that the Creditor violated the automatic stay; and

**WHEREAS**, the Creditor denies the allegations; and

**WHEREAS**, notwithstanding the merits of their respective positions, the parties believe that it is in their best interest to avoid further litigation of this matter.

**NOW, THEREFORE, BE IT STIPULATED**:

1. The Creditor agrees to remit funds in the total amount of $2,000.00 to Cibik Law P.C., representing: (i) $1,500.00 to the Debtor for damages, and (ii) $500.00 to Cibik Law as compensation for all fees and costs associated with the prosecution of the motion.

2. The funds will be remitted to Cibik Law's address of record within thirty days of the entry of this stipulation.

3. If the funds are not timely received by Cibik Law, the Motion for Sanctions may be relisted upon filing of a praecipe.

4. The Debtor acknowledges that the Creditor's fulfillment of the provisions of this stipulation fully resolves all damages and potential damages associated with the underlying matter.

5. The parties agree that this matter is hereby **SETTLED**.

| | |
|---|---|
| CIBIK LAW, P.C<br>*Counsel for Debtor* | TSAROUHIS LAW GROUP<br>*Counsel for Creditor* |
| By:/s/ Michael I. Assad<br>    Michael I. Assad<br>    Attorney ID 330937<br>    1500 Walnut Street, Suite 900<br>    Philadelphia, PA 19102<br>    215-735-1060<br>    mail@cibiklaw.com | By: /s/ Demetrios Tsarouhis<br>    Demetrios Tsarouhis<br>    Attorney ID 88513<br>    21 S 9th St Ste 200<br>    Allentown, PA 18102-4861<br>    610-628-2440<br>    dht@pacollections.com |

The standing trustee has no objection to the terms above without prejudice to any of its rights and remedies.

KENNETH E. WEST
*Chapter 13 Trustee*

By:/s/ LeeAne O. Huggins
    LeeAne O. Huggins
    Attorney ID 85144
    PO Box 1229
    Philadelphia, PA 19105
    215-627-1377
    ecfemails@ph13trustee.com

## Order Approving Stipulation

**AND NOW**, on this _____ day of _____ 2023, it is **ORDERED** that this stipulation is **APPROVED**.

                                    _____
                                    Magdeline D. Coleman
                                    Chief U.S. Bankruptcy Judge