**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Christine Lane, | Chapter 13 |
| Debtor | Case No. 23-10354-amc |

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 2854 N. Judson Street<br>Philadelphia, PA 19132 | 5950 N. 16th Street<br>2nd Floor - Apt. B<br>Philadelphia, PA 19141 |

Date: January 6, 2025

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik
Michael A. Cibik, Esquire
Attorney I.D. 23110
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
P: 215-735-1060/F: 215-735-6769
E: mail@cibiklaw.com