United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10354-amc |
| Christine Lane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine Lane, 5950 N. 16th Street, 2nd Floor, Apt. B, Philadelphia, PA 19141-1873 |
| 14902683 | | Ally Bank c/o AIS Portfolio Services, LLC., Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14761473 | | Delaware Division of Motor Vehicles, 2101 Mid County Dr, New Castle, DE 19720-5638 |
| 14761476 | | Penn Medicine, 3930 Chestnut St, Philadelphia, PA 19104-3111 |
| 14761477 | | Pennsylvania Turnpike Authority, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 14804332 | + | Pennsylvania Turnpike Commission, P.O. Box 67676, Harrisburg, PA 17106-7676 |
| 14755249 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14761479 | | Premier Orthopedics, 3809 West Chester Pike Ste 150, Newtown Sq, PA 19073-0259 |
| 14761480 | | Roxborough Memorial Hospital, 5800 Ridge Ave, Philadelphia, PA 19128 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14761471 | | Email/Text: g17768@att.com | Feb 19 2025 03:33:00 | AT&T, Po Box 6416, Carol Stream, IL 60197-6416 |
| 14755974 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 19 2025 03:40:21 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14756227 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 19 2025 03:40:07 | Ally Capital Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14771413 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 19 2025 03:40:19 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14755234 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 19 2025 03:33:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14755235 | + | Email/Text: bankruptcy@sccompanies.com | Feb 19 2025 03:34:00 | AmeriMark, Attn: Bankruptcy 6864 Engle Rd, Cleveland, OH 44130-7910 |
| 14761436 | + | Email/Text: bankruptcy@sccompanies.com | Feb 19 2025 03:34:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14755236 | | Email/Text: bankruptcy@sccompanies.com | Feb 19 2025 03:34:00 | Ashro, Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 14761434 | + | Email/Text: bankruptcy@sccompanies.com | Feb 19 2025 03:34:00 | Ashro Lifestyle, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14755237 | + | Email/Text: bk@avant.com | Feb 19 2025 03:34:00 | Avant/WebBank, 222 North LaSalle Street Suite |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 1600, Chicago, IL 60601-1112 |
| 14755240 | | Email/Text: megan.harper@phila.gov | Feb 19 2025 03:34:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14755242 | | Email/Text: cfcbackoffice@contfinco.com | Feb 19 2025 03:33:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14755238 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2025 03:40:19 | Ccholdings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14755239 | | Email/Text: bankruptcy@philapark.org | Feb 19 2025 03:34:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14761472 | + | Email/Text: documentfiling@lciinc.com | Feb 19 2025 03:33:00 | Comcast, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 14755244 | | Email/Text: BNSFS@capitalsvcs.com | Feb 19 2025 03:33:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14755243 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 19 2025 04:01:36 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14759184 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 19 2025 03:33:00 | IRS, P. O. Box 7317, Philadelphia, PA 19101-7317 |
| 14773439 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:34:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14761474 | ^ | MEBN | Feb 19 2025 03:30:55 | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia, PA 19107-4401 |
| 14756376 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14760212 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2025 03:40:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14761482 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 19 2025 03:33:00 | New Jersey Turnpike Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14755246 | | Email/Text: fesbank@attorneygeneral.gov | Feb 19 2025 03:33:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14773099 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:21 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14761475 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 19 2025 03:33:00 | Peco Energy, 2301 Market St N 3-1, Philadelphia, PA 19103-1380 |
| 14755247 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 19 2025 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14755248 | ^ | MEBN | Feb 19 2025 03:30:51 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14761478 | ^ | MEBN | Feb 19 2025 03:31:00 | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14755250 | | Email/Text: bankruptcy@philapark.org | Feb 19 2025 03:34:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14756375 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:21 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14773121 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 19 2025 03:34:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14774269 | | Email/Text: BNCnotices@dcmservices.com | Feb 19 2025 03:33:00 | ROXBOROUGH MEMORIAL HOSPITAL, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14776728 | | Email/Text: BNCnotices@dcmservices.com | Feb 19 2025 03:33:00 | ROXBOROUGH MEMORIAL HOSPITAL, c/o DCM Services Bankruptcy, PO Box 1123, Minneapolis, MN 554401123 |
| 14755251 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2025 03:40:10 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14755252 | + | Email/Text: bankruptcy@sccompanies.com | Feb 19 2025 03:34:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 14761435 | + | Email/Text: bankruptcy@sccompanies.com | Feb 19 2025 03:34:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14761481 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 19 2025 03:40:23 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 14755253 | | Email/Text: famc-bk@1stassociates.com | Feb 19 2025 03:34:00 | The Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 14755254 | | Email/Text: dht@pacollections.com | Feb 19 2025 03:33:00 | Tsarouhis Law Group, 21 S 9th St Ste 200, Allentown, PA 18102-4861 |
| 14755255 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 19 2025 03:34:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14755256 | ^ | MEBN | Feb 19 2025 03:31:06 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14755241 | | Email/Text: dispute@velocityrecoveries.com | Feb 19 2025 03:33:00 | CKS Prime Investments, LLC, 1800 State Route 34 Ste 305 Bldg 3, Wall Township, NJ 07719-9146 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14761620 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14761621 | *P++ | FIRST SAVINGS BANK, ATTN BANKRUPTCY, 1500 S HIGHLINE AVE, SIOUX FALLS SD 57110-1003, address filed with court:, First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14755245 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14761622 | *P++ | NJ EZPASS, ATTN ATTN NJ EZPASS/ JASMINE JENKINS, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, New Jersey Turnpike, Authority, P.O. Box 5042, Woodbridge, NJ 07095 |
| 14761623 | *P++ | T MOBILE, C O AMERICAN INFOSOURCE LP, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901, address filed with court:, T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 20, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　　Page 4 of 4
Date Rcvd: Feb 18, 2025　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　　Total Noticed: 53

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Christine Lane help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    CHRISTINE LANE<br><br>                Debtor | Chapter 13<br><br>Bankruptcy No. 23-10354-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 14, 2025**

Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge